UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MALIK SHAYLAMAR JONES-SMITH,      **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

**Felon in Possession of a Firearm**

On or about December 27, 2024 through on or about December 28, 2024, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

MALIK SHAYLAMAR JONES-SMITH,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a loaded, stolen .45 caliber Rock Island Model 1911 pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

A TRUE BILL

[ /s/ Redacted ]
--------------------------------
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

*(signature)*
--------------------------------
VITO S. SOLITRO
Assistant United States Attorney